1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KeyState Holdings LLC, | No. CV-21-01520-PHX-SMB |
| Plaintiff, | **TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON PRELIMINARY INJUNCTION** |
| v. | |
| keystateholdings.com, | |
| Defendant. | |

UPON CONSIDERATION of the motion (Doc. 4) filed by Plaintiff KeyState Holdings, LLC ("Keystate") for an ex parte temporary restraining order to place <keystate.holdings> domain name (the "Defendant Domain Name") registration on hold and lock, as well as the its request for an order requiring the registrant of the Defendant Domain Name to be unmasked, the supporting memorandum of points and authorities, the supporting declarations and evidence, the record in this case, and for other good cause shown;

THE COURT HEREBY FINDS THAT:

1. KeyState will suffer irreparable injury if the Court does not require Binky Moon, LLC ("Binky Moon"), the .holdings registry, and/or NameCheap, Inc. ("NameCheap"), the domain name registrar, to place the infringing <keystate.holdings> domain name on hold and lock pending litigation of this matter;

2. KeyState is likely to succeed on the merits of its claim for cybersquatting under

the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) because KeyState has demonstrated that the registrant of the Defendant Domain Name  registered the <keystate.holdings> domain name with a bad faith intent to profit from the KEYSTATE® Marks, which were distinctive at the time the  registrant  registered the <keystate.holdings> domain name;

3.  The balance of hardships tips in favor of KeyState because issuance of the temporary restraining order  without  notice  would   merely  place  the infringing <keystate.holdings> domain name on hold and lock pending trial and failure to issue the restraining order would cause KeyState to suffer and incur additional expense in having to file additional lawsuit(s) if the domain name were to be transferred to other registrants during the pendency of this action;

4.  It is critical the registrant's identity be unmasked and revealed by the registrar so as to facilitate the just, speedy, and inexpensive determination of this case;

THEREFORE, IT IS HEREBY ORDERED that, pending a full trial on the merits:

A.  The <keystate.holdings> domain name shall be immediately placed on hold and lock by Binky Moon and/or NameCheap.

B.  Binky Moon and/or NameCheap shall immediately disable the domain name server information for the <keystate.holdings> domain name rendering the domain name inaccessible for the pendency of the litigation.

C.  NameCheap is directed to unmask the registrant's identity and reveal all contact information provided by the registrant in registering the <keystate.holdings> domain name, including, but not limited to, name, physical and email addresses, and phone number(s) and provide the same to KeyState in no less than five (5) business days from the date of this order.

D.  A nominal bond of $100 shall be required because the evidence indicates that the registrant of the Defendant Domain Name will only suffer, if at all, minimal damage by the issuance of this temporary restraining order and injunction.

///

1
2
3

### ORDER SETTING HEARING FOR
### PRELIMINARY INJUNCTION WITH NOTICE

4       UPON CONSIDERATION of the motion filed by KeyState for a preliminary
5   injunction the supporting points and memorandum of authorities, the supporting
6   declarations and evidence, record in this case, and for good cause shown;

7       In addition, to ensure the registrant of the Defendant Domain Name receives timely
8   notice of the hearing, given that the registrant of the Defendant Domain Name must
9   maintain accurate contact information with the domain name registrar, KeyState may serve
10  the Motion, this Order, and all other pleadings filed to date, on the registrant by e-mail to
11  the e-mail address currently provided in the WHOIS information associated with the
12  <keystate.holdings> domain name registration.

13      THE COURT HEREBY sets the oral argument for Plaintiff's motion for a
14  preliminary injunction on **September 16, 2021 at 1:00 p.m.** (30 minutes allowed) to be
15  held in Courtroom 506 at the United States District Court District of Arizona – Phoenix
16  Division, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix,
17  AZ 85003-2118.

18      Further, the Court sets forth the following briefing schedule relating to KeyState's
19  motion:

20      Defendant Domain Name shall file and serve its opposition papers, if any, no later
21  than **September 13, 2021**; and KeyState shall file and serve its reply brief no later than
22  **September 15, 2021**.

23      Dated this 8th day of September, 2021.

24
25
26
27

_____
Honorable Susan M. Brnovich
United States District Judge

28

- 3 -